The People of the State of Illinois ex rel. Helen Stewart, appellee, v. James Ray, Jr., appellant. Gen. No. 7,675.

Conviction in bastardy. Appeal from the County Court of Sangamon county; the Hon. E. E. Bone, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

Knotts & Knotts, for appellant. C. F. Mortimer, State's Attorney, for appellee; J. M. Weldon and H. E. Fullenwider, Assistant State's Attorneys, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.

---

William Schuman, appellee, v. A. J. South and Fred South, appellants. Gen. No. 7,691.

Action for damages for breach of warranty of live stock. Judgment for plaintiff. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

J. L. Hicks, for appellants. McMillen & McMillen and Horace B. Garman, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Ethel C. Coddington, guardian for Mildred I. Coddington et al., appellants, v. Frank S. Bevan, executor of the will of Louis Coddington, deceased, et al., appellees. Gen. No. 7,661.

Bill to secure declaration of trust as to certain securities. Dismissed for want of equity. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

Harold F. Trapp, for appellants. Scholes & Pratt and Miller & Miller, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Michael J. Murray, appellant, v. Farmers State Bank of Ashland et al., appellees. Gen. No. 7,662.

Bill to reform memorandum of agreement, to enjoin disposition of promissory note and to compel cancellation thereof. Dismissed for want of equity. Appeal from the Circuit Court of Cass county; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

Edmund Burke, for appellant. Barber & Barber, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

John Lapshansky, administrator of the estate of Anna Lapshansky, deceased, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 7,673.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924. Certiorari denied by Supreme Court (making opinion final).

George B. Gillespie, for appellant; Harry N. Quigley, George M. Gillespie and Thomas E. Gillespie, of counsel. Lane, Dryer & Brown, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.